748 A.2d 677

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ronald R. DONALDSON, Petitioner.**

Supreme Court of Pennsylvania.

April 11, 2000.

Ronald R. Donaldson, petitioner, pro se.

## *ORDER*

PER CURIAM.

**AND NOW**, this 11th day of April, 2000, it appearing that the notice of appeal was timely filed in the wrong court on December 19, 1997, the petition for allowance of appeal is granted, the order of Superior Court is reversed and the matter is remanded to Superior Court to reinstate petitioner's appeal.